[No. 8176-1-III. Division Three. November 22, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. RAMIRO FABIAN CHAVEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 86-1-00846-8, Bruce P. Hanson, J., entered October 3, 1986. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Ripple, J. Pro Tem.

[No. 9111-2-III. Division Three. November 22, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ORAL J. OSTRANDER, *Petitioner.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 87-1-00051-5, Jo Anne Alumbaugh, J., entered January 25, 1988. *Reversed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Ripple, J. Pro Tem.

[No. 8767-1-III. Division Three. November 22, 1988.]

PATRICIA A. HARVEY, *Appellant,* v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 87-2-00706-0, John A. Schultheis, J., entered July 8, 1987. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, J., Thompson, C.J., dissenting.